**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA,
WEST PALM BEACH**

| | | |
|---|---|---|
| COMPREHENSIVE HEALTH CARE SYSTEMS OF THE PALM BEACHES, INC., a Florida corporation, individually and as the representative of a class of similarly-situated persons, | ) ) ) ) ) | |
| | ) | Case No. 9:17-cv-80555 |
| Plaintiff, | ) ) | Judge Rosenberg |
| | ) | |
| v. | ) ) | Judge Hopkins |
| | ) | |
| FRANK & ISRAEL, LTD. d/b/a FIRMS | ) ) | |
| Defendant. | ) | |

**PLAINTIFF'S RULE 41 (a)(1)(A)(i) NOTICE OF VOLUNTARY DISMISSAL AS TO
DEFENDANT FRANK & ISRAEL, LTD. d/b/a FIRMS**

Comprehensive Health Care Systems of the Palm Beaches, Inc. ("Plaintiff"), by the undersigned counsel, hereby voluntarily dismisses its pending Complaint as to the sole defendant Frank & Israel, Ltd. d/b/a FIRMS without prejudice, pursuant to Fed R. Civ. P. 41 (a)(1)(A)(i). Frank & Israel, Ltd. d/b/a FIRMS has never appeared in this Action.

Dated: February 26, 2018

Respectfully submitted,

COMPREHENSIVE HEALTH CARE
SYSTEMS OF THE PALM BEACHES, INC.,

By:  /s/ Phillip A. Bock

Phillip A. Bock (FL 93985)
Bock, Hatch, Lewis & Oppenheim, LLC
134 N. LaSalle St., Ste. 1000
Chicago, IL  60602
P.O. Box 416474
Miami Beach, FL 33141
Telephone:  312-658-5500
Facsimile:  312-658-5555

## **<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a true and correct copy of the above and foregoing

was served upon all interested parties using this Court's ECF filing system on February 26, 2018.


/s/ Phillip A. Bock
_____