UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:17-CV-80555-RLR

COMPREHENSIVE HEALTH
CARE SYSTEMS OF THE PALM
BEACHES, INC.,

 Plaintiff,

v.

FRANK & ISRAEL, LTD.,

 Defendant.
_____/

**ORDER CLOSING CASE**

 This cause is before the Court on Plaintiff's Notice of Voluntary Dismissal at docket entry 25. In light of the fact that this case has been dismissed, it is

 **ORDERED AND ADJUDGED**:

 1. The Clerk of the Court is instructed to **CLOSE THIS CASE**.

 2. All pending motions are **DENIED AS MOOT** and all deadlines are terminated.

 **DONE and ORDERED** in Chambers, Fort Pierce, Florida, this 26th day of February, 2018.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record